IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIESER SERRANO AND NICOLAS VELASCO,

     Plaintiffs,

  v.

MIS AMIGOS MEAT MARKET, INC. ET AL.,,

     Defendants.

_____/

No. C 08-80192M CW

ORDER TO SHOW CAUSE
AND SETTING BRIEFING
SCHEDULE

    Plaintiffs Elieser Serrano and Nicolas Velasco apply for enforcement of a subpoena and for an order to show cause as to why a contempt citation should not issue to Defendants for failing to obey a subpoena without adequate excuse.

    The Court issues the following briefing schedule on Plaintiffs' application.  Defendants shall file an opposition within two weeks from the date of this order.  Plaintiffs shall file a reply one week thereafter.  The application shall be taken under submission and decided on the papers.

    IT IS SO ORDERED.

Dated: 10/8/08

_____
CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ELIESER SERRANO, ET AL. et al,

        Plaintiff,

   v.

MIS AMIGOS MEAT MARKET,INC., ET AL. et al,

        Defendant.
_____/

Case Number: CV08-80192 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hector R. Martinez
Law Offices of Mallison & Martinez
Marco  Palau
Stanley Scott Mallison
Law Offices of Mallison & Martinez
1042 Brown Ave., Suite A
Lafayette,  CA 94549

Mis Amigos Meat Market, Inc.
3005 Willow Pass Rd.
Bay Point, CA  94564

Uriel Gonzalez
1072 Via Alta
Lafayette, CA  94549

Dated: October 8, 2008

               Richard W. Wieking, Clerk
               By: Sheilah Cahill, Deputy Clerk