1   JOAN E. PRESKY, ESQ., SBN 144272
    ROBERT A. HUDDLESTON, ESQ., SBN 83662
2   **HUDDLESTON LAW GROUP**
    500 Ygnacio Valley Road, Suite 300
3   Walnut Creek, CA 94596
    Telephone:    (925) 947-0100
4   Facsimile:    (925) 947-0111

5   Attorneys for Defendants
    MIS AMIGOS MEAT MARKET, INC.
6   and URIEL GONZALEZ

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12

13   ELIESER SERRANO and NICOLAS          )    **CASE NO. 4:08-mc-80192 CW**
     VELASCO,                             )
14                                        )    **Hon. Claudia Wilken**
                    Plaintiffs,           )
15                                        )    **STIPULATED PROTECTIVE ORDER**
          v.                              )
16                                        )
     MIS AMIGOS MEAT MARKET, INC. and     )
17   URIEL GONZALEZ,                      )
                                          )    **Action Filed:  October 7, 2008**
18                  Defendants.           )
                                          )
19   ─────────────────────────────────── )

20        MIS AMIGOS MEAT MARKET, INC., ("MIS AMIGOS"), on the one hand, and plaintiffs,

21   on the other hand, enter into this Stipulated Protective Order, Confidentiality and Non-Disclosure

22   Agreement ("Order") for the purpose of protecting the confidentiality of documents ("Covered

23   Documents") produced in the course of this action and proceedings between these parties ("the

24   action") which contain confidential and/or proprietary information.

25        Documents subject to this Stipulated Protective Order are to be produced pursuant to an

26   order issued by the Hon. Claudia Wilkin in the United States District Court, Northern District, Case

27   No. 4:08-mc-80192 CW.  However, the documents will be utilized in connection with the

28   prosecution, defense and settlement of the parties' main action, which is pending in the United States

1    District Court, Eastern District, Case No. 2:08-cv-0050- WBS-EFB.  Accordingly, this Stipulated

2    Protective Order is being entered in the main action.

3          The parties agree as follows:

4          1.      All documents that mention or relate to pay, payroll, and/or finances of MIS

5    AMIGOS employees other than the named plaintiffs that are produced, disclosed or referred to in

6    the course of this action shall constitute Covered Documents and shall not be disclosed to any person

7    except as herein provided.  Any documents outside these specified categories that MIS AMIGOS

8    deems to be Covered Documents will be so designated by communication to plaintiffs' counsel and

9    shall not be disclosed to any person except as herein provided.

10         2.      Each person or party who receives copies of Covered Documents agrees to be bound

11   by the terms of this Order.

12         3.      In connection with the taking of any deposition, any person to whom Covered

13   Documents are shown shall acknowledge receipt of a copy of this Order, and shall agree that s/he

14   will be bound by the terms of this Order,.

15         4.      Except as  may otherwise be provided by this Order or further order of the Court, or

16   the express written stipulation of all parties hereto, Covered Documents shall be disclosed only to:

17              (a)      Counsel of record for each party in this action;

18              (b)      The authorized administrative and legal assistant staffs of each party's

19                       counsel assigned to assist such counsel in this action; and

20              (c)      Independent experts and consultants retained in and for the purpose of this

21                       action.

22              (d)      Covered documents pertaining to a particular employee may be shown to that

23                       employee.  However, counsel agrees that in showing that employee's

24                       documents to that employee, counsel will redact, cover or otherwise prevent

25                       disclosure of information pertaining to another, different employee.  That is,

26                       employee "Jane Doe" may be shown a document with her information on it,

27                       but only the portion with her information on it, and not portions of that

28                       document that has the information of another employee.

*HUDDLESTON LAW GROUP*
*500 Ygnacio Valley Road, Suite 300*
*Walnut Creek, CA 94596*
*Tel: (925) 947-0100*
*Fax: (925) 947-0111*

2
STIPULATED PROTECTIVE ORDER
C:\Documents and Settings\Workstation\Local Settings\Temp\notes95EC0B\Stipulated.Protective.Ord.wpd/mh

1        5.      No person receiving Covered Documents shall disclose them or any portion of them

2   to any person other than those described in Paragraph 4.  Covered Documents shall be used solely

3   for the purpose of prosecuting, defending or settling this action.  In no event shall any person listed

4   in Paragraph 4 make any other use of such documents.  Counsel for the parties shall be responsible

5   for obtaining the prior written agreement of all persons to whom Covered Documents are disclosed

6   to be bound by the terms of this Order, except that such prior written agreement shall not be required

7   from the authorized attorneys, administrative and legal assistant staffs of each party's counsel

8   assigned to assist them in this action.  Such written agreement shall be obtained by such counsel's

9   securing the signature of any recipient of such information to a copy of this Order, after such counsel

10  has had the recipient read the Order and explained the contents thereof.

11       6.      In the event anyone shall violate any terms of this Order, the parties agree that any

12  of them may immediately apply to the Court (Hon. William B. Shubb, United States District Court,

13  Eastern District) for appropriate injunctive, equitable and/or monetary relief.  The parties and other

14  persons subject to the terms of this Order agree that that Court shall have jurisdiction over it and

15  them for the purpose of enforcing this Order.  As used throughout this Stipulated Protective Order,

16  "Court" shall refer to the Hon. William B. Shubb.

17       7.      Upon the final termination of the litigation, including any appeal(s), counsel for each

18  party shall return to counsel for the opposing party(ies) all of the documents which have been

19  produced by the party, all copies thereof and all summaries or compilations of information derived

20  from such documents, except that notes, summaries, or memoranda of counsel, including their

21  administrative and legal assistant staffs, relating to documents of any other party or to information

22  taken from such documents, may be retained by the parties' counsel, in which case confidentiality

23  shall be maintained in accordance with the provisions of this Order.

24       8.      Nothing contained herein shall limit the right of any party to seek, formally or

25  informally, additional confidentiality protection with respect to individual documents or types of

26  documents if that should become necessary later in this action.

27  ////

28  ////

HUDDLESTON LAW GROUP
500 Y gnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 947-0100
Fax: (925) 947-0111

3

9.      The parties agree that the terms of this Stipulated Protective Order apply retroactively to all Covered Documents produced prior to this Stipulated Protective Order being executed and approved by the Court.

10.      The transmittal of Covered Documents to the Court, including its personnel, during the course of any hearing or trial in this action, shall not constitute a violation of this Stipulated Protective Order.  However, all Covered Documents shall be submitted to the Court sealed or otherwise designated as protected, so that they do not become available to the public, and so that they retain their protected status.

DATED: _____          **HUDDLESTON LAW GROUP**


By _____
    JOAN E. PRESKY, ESQ.,
    Attorneys for Defendants

DATED: _____          **MALLISON & MARTINEZ**


By _____
    STANLEY S. MALLISON, ESQ.
    Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: ___3/23/09_____          _____
                                       CLAUDIA WILKEN
                                       JUDGE OF THE UNITED STATES DISTRICT
                                       COURT, NORTHERN DISTRICT

HUDDLESTON LAW GROUP
500 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 947-0100
Fax: (925) 947-0111